[Nos. 43109-9-I; 43456-0-I.    Division One.    August 23, 1999.]

*In the Matter of the Marriage of* JUDITH PETERSON, *Appellant*, and H. FREDERICK PETERSON, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 89-3-09228-3, Joan DuBuque, J., entered July 15, 1998. *Affirmed* by unpublished per curiam opinion.


[No. 43503-5-I.    Division One.    August 23, 1999.]

*In the Matter of the Personal Restraint of* ANDREW GEORGE QUINN, *Petitioner.*

Petition for relief from personal restraint. *Granted in part* and *remanded* by unpublished per curiam opinion.


[No. 43549-3-I.    Division One.    August 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY STEVEN MARSHALL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-8-02692-0, Patricia Clark, J., entered September 23, 1998. *Affirmed* by unpublished per curiam opinion.


[No. 43577-9-I.    Division One.    August 23, 1999.]

*In the Matter of* D.L.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-7-00292-6, Steven J. Mura, J., entered September 30, 1998. *Affirmed* by unpublished per curiam opinion.